1  SUZANNE L. MARTIN
   Nevada Bar No. 08833
2  suzanne.martin@ogletreedeakins.com
   DANA B. KRULEWITZ
3  Nevada Bar No. 011180
   dana.krulewitz@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower
5  Suite 1500
   3800 Howard Hughes Parkway
6  Las Vegas, NV  89169
   Telephone:  702.369.6800
7  Fax:  702.369.6888

8  *Attorneys for Defendants*

9                  UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF NEVADA

11  JEREMY KONDRK, an individual,              Case No.: 2:15-cv-00330-RFB-NJK

12                    Plaintiff,

13       vs.                                   **JOINT REQUEST AND [PROPOSED]
                                               ORDER FOR REFERRAL TO EARLY
14  TOWBIN AUTOMOTIVE HOLDINGS,                NEUTRAL EVALUATION SESSION**
    INC., TOWBIN MANAGEMENT INC.,
15  TOWBIN OF LAS VEGAS, LLC, TOWBIN
    DODGE, LLC, and DOES I through X and
16  ROE BUSINESS ENTITIES I through X,
    inclusive,
17
                      Defendants.
18

19      Plaintiff, Jeremy Kondrk ("Plaintiff" or "Kondrk") and Defendants Towbin Automotive

20  Holdings, Inc., Towbin Management Inc., Towbin of Las Vegas, LLC, and Towbin Dodge, LLC

21  ("Defendants") by and through their respective attorneys' of record, hereby jointly request that the

22  Court refer this case for an Early Neutral Evaluation ("ENE") session.

23      On January 26, 2015, Plaintiff filed a lawsuit against Defendants in the Eighth Judicial

24  District Court in the State of Nevada alleging violations of the Family and Medical Leave Act

25  ("FMLA").  On February 25, 2015, Defendants removed the lawsuit to the United Stated District

26  Court, District of Nevada.  (Dkt. # 1.)

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

In Paragraph 3 of the Complaint, Plaintiff represents that he has filed a Charge with the United States Equal Employment Opportunity Commission ("EEOC") for violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et. seq.* ("ADA") and that he will amend his Complaint when his Charge is administratively processed and his claim is ripe. Pursuant to Local Rule 16-6, all employment discrimination actions filed in this Court must undergo early neutral evaluation. For purposes of this rule, "employment discrimination actions" include, but are not limited to claims under the ADA. Thus, this action will eventually be referred for an ENE as it falls within the scope of Local Rule 16-6. However, the parties believe that there is no reason to delay the referral of this matter to an ENE and further believe that the matter would benefit from being referred to an ENE without delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1   Accordingly, the parties hereby request that this Court order and schedule an ENE session.

2   This request is made in good faith in order to permit the parties an opportunity to reach a potential

3   early resolution of this matter and to comply with Local Rule 16-6(a).  This request is not brought

4   for any improper purpose and will not result in any undue delay or prejudice to any party.

5   JOINTLY SUBMITTED:

6   Dated this 25th day of March, 2015.            Dated this 25th day of March, 2015.

7   KEMP & KEMP                                    OGLETREE, DEAKINS, NASH, SMOAK
                                                    & STEWART, P.C.
8   /s/ Victoria Neal                              /s/ Dana B. Krulewitz
9   James P. Kemp, Esq.                            Suzanne L. Martin
    Victoria Neal, Esq.                            Dana B. Krulewitz
10  7435 W. Azure Drive, Suite 110                 Wells Fargo Tower
    Las Vegas, Nevada 89130                        Suite 1500
11  *Attorneys for Plaintiff*                      3800 Howard Hughes Parkway
                                                    Las Vegas, NV  89169
12                                                 *Attorneys for Defendants*

13                              **ORDER**

14
    **IT IS SO ORDERED.**
15

16

17

18                              RICHARD F. BOULWARE, II
                                United States District Judge
19                                 DATED this 13th day of April, 2015.

20

21

22

23

24

25

26

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800