# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY KONDRK, | Case No. 2:15-cv-00330-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| TOWBIN AUTOMOTIVE HOLDINGS, INC., et al., | |
| Defendant(s). | |

Pending before the Court is a motion to seal Docket No. 29 in its entirety because it contains certain personal identifiers. Docket No. 32. In addition, Defendants have filed a redacted version of that filing on the public docket at Docket No. 33. Pursuant to Special Order No. 108, the motion to seal is hereby **GRANTED**. The Clerk's office is **INSTRUCTED** to seal Docket No. 29 (and all exhibits thereto).

IT IS SO ORDERED.

DATED: August 26, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge