UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY KONDRK, ) <br>           Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> TOWBIN DODGE LLC, et al., ) <br> ) <br>           Defendant(s). ) | Case No. 2:15-cv-00330-RFB-NJK <br><br> **ORDER** <br><br> (Docket Nos. 30, 37) |

Pending before the Court is Defendants' motion for protective order regarding various requests for admission. Docket No. 30. Also pending before the Court is a stipulation to extend the deadline to respond to that motion. Docket No. 37. According to the stipulation, the landscape of the dispute has changed and the parties have renewed their meet-and-confer efforts. *See id.* The motion for protective order is hereby **DENIED** without prejudice. In the event the parties cannot resolve the dispute in its entirety without court intervention, Defendants may file a new motion targeted at the remaining areas of dispute. The stipulation to extend is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: September 9, 2015

_____
Nancy J. Koppe
United States Magistrate Judge