1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**
10
11  JEREMY KONDRK,                          )
                                            )     Case No. 2:15-cv-00330-RFB-NJK
12                   Plaintiff(s),          )
                                            )     **ORDER**
13  v.                                      )
                                            )     (Docket No. 39)
14  TOWBIN DODGE LLC, et al.,               )
                                            )
15                   Defendant(s).          )
    _____)

16          In light of the filing of an amended stipulation, the Court hereby DENIES as moot the stipulation

17  to extend at Docket No. 39.

18          IT IS SO ORDERED.

19          DATED: October 9, 2015

20          _____
                    Nancy J. Koppe
21                  United States Magistrate Judge

22
23
24
25
26
27
28