# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY KONDRK,<br>　　　　　Plaintiff(s),<br>v.<br>TOWBIN DODGE LLC, et al.,<br>　　　　　Defendant(s). | Case No. 2:15-cv-00330-RFB-NJK<br>**ORDER**<br>(Docket No. 44) |

Pending before the Court is Defendants' renewed motion for protective order regarding various requests for admission. Docket No. 44. In light of the upcoming deadline to respond to the requests for admission, Defendants seek resolution of that motion on an expedited basis. *See id.* at 1-2. The Court hereby **VACATES** the current deadline for the responses to the requests for admission. As a result, the request for expedited treatment of the motion is **DENIED** as moot. The motion will be briefed according to the default schedule, *see* Local Rule 7-2, and decided in the normal course.

IT IS SO ORDERED.

DATED: October 14, 2015

_____
Nancy J. Koppe
United States Magistrate Judge