SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY KONDRK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOWBIN AUTOMOTIVE HOLDINGS, INC., TOWBIN MANAGEMENT INC., TOWBIN OF LAS VEGAS, LLC, TOWBIN DODGE, LLC, and DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00330-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS NOS.'S 48-58; 59-60 AND INTERROGATORY NO. 8**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Jeremy Kondrk ("Plaintiff") and Defendants Towbin Automotive Holdings, Inc., Towbin Management Inc., Towbin of Las Vegas, LLC, and Towbin Dodge, LLC (collectively referred to as "Defendants"), by and through their respective counsel, have agreed to an extension of time for Defendants to file their Response and for Plaintiff to file his Reply in Support of the Motion to Compel Answers to Plaintiff's Second Set of Requests for Production of Documents Nos. 48-58; 59-60 and Interrogatory No. 8 ("Motion to Compel"). (Dkt. # 46.)  Presently, Defendants' Response to Plaintiff's Motion is due on November 6, 2015. This is the parties' first request.

The parties are requesting the additional time to accommodate defense counsel's calendar

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1  in light of several depositions and other court filings in this and other matters.  The parties hereby

2  stipulate and agree as follows:

3      IT IS HEREBY STIPULATED that Defendants have up to and including November 13,

4  2015, to file a Response to Plaintiff's Motion to Compel (Dkt. # 46.)

5      IT IS FURTHER STIPULATED that Plaintiff will then have ten (10) days after service of

6  the Response to file and serve their Reply in Support of the Motion to Compel.

7      This stipulation is made in good faith and is not intended for purposes of delay

8  Dated this 5ᵗʰ day of November, 2015.        Dated this 5ᵗʰ day of November, 2015.

9  KEMP & KEMP                                  OGLETREE, DEAKINS, NASH, SMOAK
                                                & STEWART, P.C.
10

11  /s/ Victoria Neal                          /s/ Dana B. Krulewitz
    James P. Kemp, Esq.                         Suzanne L. Martin
12  Victoria Neal, Esq.                         Dana B. Krulewitz
    7435 W. Azure Drive, Suite 110              Wells Fargo Tower
13  Las Vegas, Nevada 89130                     Suite 1500
    *Attorneys for Plaintiff*                   3800 Howard Hughes Parkway
14                                              Las Vegas, NV  89169
                                                *Attorneys for Defendants*
15

16

17                                             **ORDER**

18      **IT IS SO ORDERED.**

19

20      _____

21      United States Magistrate Judge

22      Novmeber 6, 2015

23      _____
        Dated

24

25

26

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
WELLS FARGO TOWER
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800