SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 11180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY KONDRK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOWBIN AUTOMOTIVE HOLDINGS, INC., TOWBIN MANAGEMENT INC., TOWBIN OF LAS VEGAS, LLC, TOWBIN DODGE, LLC, and DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00330-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Jeremy Kondrk ("Plaintiff") and Defendants Towbin Automotive Holdings, Inc., Towbin Management Inc., Towbin of Las Vegas, LLC, and Towbin Dodge, LLC (collectively referred to as "Defendants"), by and through their respective counsel, have agreed to an extension of time for Defendants to file their Reply in Support of Their Emergency Motion for Protective Order ("Reply"). (Dkt. # 44.) Presently, Defendants' Reply is due on November 9, 2015. This is the parties' first request.

The parties are requesting the additional time to accommodate defense counsel's calendar in light of several depositions and other court filings in this and other matters. The parties hereby stipulate and agree as follows:

1. IT IS HEREBY STIPULATED that Defendants have up to and including November 16, 2015, to file the above-referenced Reply.

This stipulation is made in good faith and is not intended for purposes of delay.

Dated this 5th day of November, 2015.　　　　Dated this 5th day of November, 2015.

KEMP & KEMP　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Victoria Neal　　　　　　　　　　　　　　/s/ Dana B. Krulewitz
James P. Kemp, Esq.　　　　　　　　　　　　Suzanne L. Martin
Victoria Neal, Esq.　　　　　　　　　　　　　Dana B. Krulewitz
7435 W. Azure Drive, Suite 110　　　　　　　Wells Fargo Tower
Las Vegas, Nevada 89130　　　　　　　　　　Suite 1500
*Attorneys for Plaintiff*　　　　　　　　　　　3800 Howard Hughes Parkway
　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV  89169
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**IT IS SO ORDERED.**

**ORDER**

_____
United States Magistrate Judge

November 6, 2015
_____
Dated

2