1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11 JEREMY KONDRK,                  )
                        )    Case No. 2:15-cv-00330-RFB-NJK
         Plaintiff(s),    )

12                         )    **ORDER**

13 v.                       )

14 TOWBIN DODGE LLC, et al.,    )
                        )

15          Defendant(s).   )

16       The Court has already reminded the parties that filings that exceed 50 pages, including exhibits,

17 must be submitted to the Court as a courtesy copy.  *See* Docket Nos. 48, 49; *see also* Special Order No.

18 109.  Now pending before the Court are numerous additional filings that exceed 50 pages but for which

19 courtesy copies were not submitted.  Docket Nos. 52, 60, 61, 62.  The Court hereby **ORDERS** counsel

20 to provide courtesy copies of those filings no later than 10:00 a.m. on November 17, 2015.  The Court

21 further expects counsel to comply with the requirement to provide courtesy copies in the future without

22 the need for the Court to issue an order.

23       IT IS SO ORDERED.

24       DATED: November 16, 2015

25

                                 _____

26                              Nancy J. Koppe
                             United States Magistrate Judge

27

28