**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JEREMY KONDRK, | ) | Case No. 2:15-cv-00330-RFB-NJK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| TOWBIN DODGE LLC, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendants' motion for protective order.  Docket No. 44.  Also pending before the Court is Plaintiff's motion to compel.  Docket No. 46.  The Court hereby **SETS** those motions for a hearing at 3:00 p.m. on December 29, 2015, in Courtroom 3B.

IT IS SO ORDERED.

DATED:  December 18, 2015

_____
Nancy J. Koppe
United States Magistrate Judge