UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY KONDRK,<br><br>                Plaintiff(s),<br><br>v.<br><br>TOWBIN DODGE LLC, et al.,<br><br>                Defendant(s). | Case No. 2:15-cv-00330-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 86) |

       Pending before the Court is a motion to set a status conference at which Defendants and/or Plaintiff may make various oral motions, including requesting a settlement conference, setting a schedule for supplemental briefing on a pending dispositive motion, seeking leave to file an additional dispositive motion, and moving to reopen discovery. Docket No. 86 at 2. Parties requesting relief generally do so through the filing of a written motion supported by a memorandum of points and authorities setting forth the legal and factual basis for the request being made. The Court discerns no reason to bypass that procedure with respect to the above issues.[1]

       Accordingly, the motion for a hearing is **DENIED**. If either or both parties seek relief from the Court, the proper vehicle for seeking that relief is the filing of an appropriate request on the docket

---

[1] It also appears that the motion is seeking expedited consideration. *See* Docket No. 86 at 3. Parties seeking expedited consideration of their motions must comply with the procedural and substantive requirements for emergency motions. *See, e.g., Cardoza v. Bloomin' Brands, Inc.*, ___ F. Supp. 3d ____, 2015 WL 6123192, *1-5 (D. Nev. Oct. 16, 2015).

(following a meet-and-confer if required). The Court reminds the parties that a separate written request must be made for each type of relief being sought pursuant to Special Order No. 109.

IT IS SO ORDERED.

DATED: April 21, 2016

_____
Nancy J. Koppe
United States Magistrate Judge