SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Towbin Automotive Holdings, Inc., Towbin Management Inc., Towbin of Las Vegas, LLC, Towbin Dodge, LLC, Prestige Chrysler Jeep Dodge, LLC and Jon Dooley*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY KONDRK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOWBIN AUTOMOTIVE HOLDINGS, INC., TOWBIN MANAGEMENT INC., TOWBIN OF LAS VEGAS, LLC, TOWBIN DODGE, LLC; PRESTIGE CHRYSLER JEEP DODGE, LLC; JON DOOLEY, an individual.<br><br>Defendants. | Case No.: 2:15-cv-00330-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants, Towbin Automotive Holdings, Inc., Towbin Management Inc., Towbin of Las Vegas, LLC, Towbin Dodge, LLC, Prestige Chrysler Jeep Dodge, LLC and Jon Dooley (hereinafter "Defendants"), by and through their undersigned counsel, Suzanne L. Martin and Dana B. Salmonson, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff

//

//

//

Jeremy Kondrk ("Plaintiff"), by and through his undersigned counsel, James P. Kemp and Victoria Neal, of the law firm of Kemp & Kemp, having reached an agreement to resolve all outstanding issues between them, hereby agree to dismiss all claims, with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

Dated this 27th day of September, 2016.

KEMP & KEMP

/s/ James P. Kemp
James P. Kemp, Esq.
Victoria Neal, Esq.
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130

*Attorneys for Plaintiff Jeremy Kondrk*

Dated this 27th day of September, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Dana B. Salmonson
Suzanne L. Martin, Esq.
Dana B. Salmonson, Esq.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendants Towbin Automotive Holdings, Inc., Towbin Management Inc., Towbin of Las Vegas, LLC, Towbin Dodge, LLC, Prestige Chrysler Jeep Dodge, LLC and Jon Dooley*

**IT IS SO ORDERED.**

**ORDER**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

September 30, 2016
Dated

2